702-9013

# UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA 07-246-M-01

UNITED STATES OF AMERICA
vs.
INMAN, VALERIA M

Defendant.

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P2023074 EV88 | 02/15/2005 |
| DRIVE W/SUSPENDED LIC | |

FILED
MAY 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED U.S. MARSHAL

INFORMATION COPY ONLY

NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

## WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ MANDATORY may be Forfeited in Lieu of Appearance.

Date May 23, 2005

[signature]
United States Magistrate Judge
Liam O'Grady

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT

| DATE | LOCATION |
|---|---|

COPY COPY

Name DAVID Baldwin Title USMS District 016

Date 5-25-07 Signature D Baldwin

07-246-M-01

# United States District Court Violation Notice

Loc Code: EU-88

Violation No: P2023074

Print Officer Name: Tillman

Officer No: T-5843

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 2-15-05 1230

Offense Charged: 32 CFR 234.17 (VA) 46.2-301 (B)

Place of Offense: South Rotary Road & Lane 11

Offense Description: Operating on Suspended (other)

Defendant's Last Name: Inman

First Name: Valeria

M.I.: M

Street Address:

P2023074

VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | DC | 89 | TOY | RED |

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

____ I wish to terminate this matter by paying the collateral shown below, enclosed

____ I plead not guilty and promise to appear as required

YOUR COURT DATE

Court Address: United States Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314

Date: 5/20/05

Time: 9:00am

Collateral (fine): MA

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998 Original - CVB Copy Previous edition is obsolete

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

FILED

MAY 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Prosecutor Jennifer A. Shaw
Special
20 May 05

# STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 15 February 2005 while exercising my duties as a law enforcement officer in the Eastern District of Virginia while Patrolling the Pentagon Reservation, I observed a Red Toyota bearing one Washington DC Tag C Travelling Eastbound on South Rotary Road. The vehicle Turned Right onto Fern Street with only one of three Brake Lights Illuminating. A DMV check of the Drivers License by Pentagon Police Communications revealed The Driver, Valeria Inman who was Identified by her Washington DC Drivers License, was Suspended in the State of Virginia. The DMV check also revealed that the License Expired 14 February 2005

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 2/15/05 [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: May 23, 2005 [signature] U.S. Magistrate Judge

DD FORM 1805 (BACK) SEP 1998

CVB Scan 3/7/2005 11 35 11

Loc Code: EV-88

**United States District Court**
**Violation Notice**

Violation No: P2081326

Print Officer Name: Tillman

Officer No: T-5843

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 2-15-05 1230

Offense Charged: 32 CFR 234.17 (VA) 46.2-1013

Place of Offense: South Rotary Road & Lunell

Offense Description: Defective Rear Red Lights

P2081326

Defendant's Last Name: Inman

First Name: Valeria

M I: M

Street A

VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | DC | 89 | TOY | Red |

A [X] YOU MUST APPEAR IN COURT SEE INSTRUCTIONS

B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

____ I wish to terminate this matter by paying the collateral shown below, enclosed.

____ I plead not guilty and promise to appear as required

U.S. COURTHOUSE
YOUR COURT DATE

Court Address: 401 COURTHOUSE SQUARE ALEXANDRIA, VIRGINIA 22314

Date: 5/20/05

Time: 9:00am

Collateral (fine): MA

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998 Original - CVB Copy Previous edition is obsolete

(Accountable upon issuance to the offender and next passed to the Appropriate Central Violations Bureau (Magistrate Court))

Prosecute
[signature]
20 May 05

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 15 Febuary 2005 while exercising my duties as a law enforcement officer in the Eastern District of Virginia while Patrolling the Pentagon Reservation, I observed a Red Toyota bearing one Washington DC TAG ____ 3, travelling Eastbound on South Rotary Road. The vehicle turned Right onto Fern Street with only one of three Brake Lights illuminating. A DMV check of the Drivers License by Pentagon Police Communications revealed the Driver, Valeria Inman - who was Identified by By her Washington DC Drivers License, was suspended in the state of Virginia. The DMV check also revealed that the License Expired 14 Febuary, 2005.

The foregoing statement is based upon

[X] my personal observation [ ] my personal investigation

[ ] information supplied to me from my fellow officer's observation

[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 2/15/05 Date [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on ____ Date ____ U S Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVB Scan 3/7/2005 11 35 11

# United States District Court
## Violation Notice

Loc Code: EV-88

Violation No: P2023073

Print Officer Name: Tillman

Officer No: T-5843

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| 2-15-05 1230 | 32CFR234.17 (VA) 46.2-300 |

Place of Offense: South Rotary Road & Lane 11

Offense Description: Expired operators license

P2023073

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| Inman | Valeria | M |

Street Address:

VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | DC | 89 | TOY | RED |

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS

B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS

___ I wish to terminate this matter by paying the collateral shown below, enclosed

___ I plead not guilty and promise to appear as required

YOUR COURT DATE

Court Address: United States Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314

Date: 5/20/05

Time: 9:00 am

Collateral (fine): MA

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998 Original - CVB Copy Previous edition is obsolete

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court) )

Prosecute [illegible] SAUSA 20 May 05

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 15 February 2005 while exercising my duties as a law enforcement officer in the Eastern District of Virginia while Patrolling the Pentagon Reservation, I observed a Red Toyota bearing one Washington DC TAG Travelling Eastbound on South Rotary Road. The vehicle Turned Right onto Fern street with one of three Brake Lights illuminating. A DMV check of the Drivers License by Pentagon Police Communications revealed the Driver, Valeria Inman - who was Identified by her Washington DC License, was Suspended in the State of Virginia. The DMV check also revealed the License Expired in February 2005.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 2/15/05 [signature] Date Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___ Date ___ U.S. Magistrate Judge

DD FORM 1805 BACK SEP 1998

CVB Scan 3/7/2005 11:35:11